## People of the State of Illinois, Plaintiff-Appellee, v. C. W. Hampton, Defendant-Appellant.

Gen. No. 53,678.

First District, Second Division.

February 10, 1970.

Robert Wolff and Howard Levine, of Harvey, and Jeffrey Schulman, of Chicago (Wolff & Levine, of Harvey and Jeffrey Schulman, of Chicago, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Richard E. Zulkey, Assistant State's Attorneys, of counsel), for appellee. Opinion of JUSTICE LYONS. Not to be published in full.